# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0215. MARCUS JARERRD JENNINGS v. THE STATE.

Marcus Jarerrd Jennings was convicted of armed robbery and other offenses, and this Court affirmed his convictions on direct appeal. *Jennings v. State*, 285 Ga. App. 774 (648 SE2d 105) (2007). Acting pro se, prisoner Jennings thereafter filed motions to vacate a void sentence and to impeach the judge who presided over his 2006 trial. On October 3, 2025, the trial court entered an order denying the motions. Jennings filed this discretionary application from the trial court's order on November 5, 2025. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Jennings filed his application for discretionary appeal 33 days after entry of the order he seeks to appeal. The application is thus untimely, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  12/04/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.